DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC L. WILEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0977

[November 9, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 43-2008-CF-000073.

Eric L. Wiley, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***